UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SIMON ENRIQUE PEROZO ARVELO et al,**

   Petitioner,

v.                                                No. 4:25-cv-1468-P

**WARDEN, EDEN DETENTION CENTER et al,**

   Respondent.

### ORDER OF TRANSFER

The petition of Simon Enrique Perozo Arvelo, acting through his wife as next friend, is **TRANSFERRED** to the San Angelo Division of this Court where the Eden Detention Center is located.

**SO ORDERED** on this **22nd day of January 2026.**

*[signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE